UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>KENNETH JUNIOR PALMER, JR.<br><br>DEBTOR(S) | ) CHAPTER 13<br>)<br>) CASE NO. A06-73602-PWB<br>)<br>) |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

    Payee Name: CASH CREDIT CORPORATION
  Check Number: 2206620
     Check Date: 8/31/2011
  Check Amount: $1,974.22

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, September 30, 2011, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

R. JEFFREY FIELD & ASSOCIATES
342 N. CLARENDON AVE
SCOTTDALE, GA 30079

                                                      /s/ _____
                                        MARY IDA TOWNSON, TRUSTEE
                                        State Bar Number: 715063
                                        100 Peachtree Street, Suite 2700
                                        Atlanta, Georgia 30303
                                        (404) 525-1110